## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| JEFF SLAUGENHOUP, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 3:16-cv-113 |
| KEMPER & ASSOCIATES, LLC, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, JEFF SLAUGENHOUP (Plaintiff), through his attorney, HORMOZDI LAW FIRM, LLC, alleges the following against Defendant, KEMPER & ASSOCIATES, LLC, (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k of the FDCPA.

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in the Loganville, Walton County, Georgia.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency located in Atlanta, Georgia.

11. Defendant is a business entity engaged in the collection of debt within the State of Georgia.

12. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

13. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

14. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

15. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

16. Defendant is attempting to collect an alleged consumer debt from Plaintiff.

17. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

18. In or around June 2016, Defendant began placing collection calls to Plaintiff in an attempt to collect the alleged debt.

19. Defendant calls Plaintiff on Plaintiff's cell phone at xxx-xxx-0776 in an attempt to collect the alleged debt.

20. Defendant calls Plaintiff from 678-456-5301, which is one of Defendant's telephone numbers.

21. On or about June 22, 2016, Plaintiff answered one of Defendant's phone calls, and spoke with one of Defendant's male collectors who identified himself as Mitchell Law.

22. During the aforementioned conversation, Plaintiff told Defendant to stop calling.

23. Despite Plaintiff's request to stop calling, Defendant continued to place collection calls to Plaintiff on Plaintiff's cell phone.

24. On June 24, 2016, Defendant called Plaintiff's cell phone and left a voicemail message and stated that a claim had been filed, there was a pending legal action against Plaintiff, and that Plaintiff or Plaintiff's attorney would need to contact Defendant.

25. Defendant has called Plaintiff's cell phone and left voicemail messages on multiple occasions since Plaintiff told Defendant to stop calling.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

26. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt when Defendant continued to place several calls to Plaintiff after Plaintiff told Defendant to stop calling;

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring

repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff when Defendant continued calling Plaintiff after Plaintiff requested that Defendant stop calling; and

c. Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot legally be taken or that is not intended to be taken when Defendant told Plaintiff a legal action was pending and that Plaintiff or his attorney would need to contact Defendant to prevent it from going forward when no such legal action has been filed or was intended to be filed.

WHEREFORE, Plaintiff, JEFF SLAUGENHOUP, respectfully requests judgment be entered against Defendant, KEMPER & ASSOCIATES, LLC, for the following:

27. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

28. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

29. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

August 23, 2016                By: /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         SBN: 366987
                                         Hormozdi Law Firm, LLC
                                         1770 Indian Trail Lilburn Road, Suite 175
                                         Norcross, GA 30093
                                         Tel: 678-395-7795
                                         Fax: 866-929-2434
                                         shireen@agrusslawfirm.com
                                         shireen@norcrosslawfirm.com
                                         Attorney for Plaintiff